IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   10-cr-00602-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOE WALLACE PEEPLES, III,

       Defendant.

_____

**MOTION TO DETERMINE DEFENDANT'S COMPETENCY**
_____

COMES NOW the defendant Joe Wallace Peeples ("Mr. Peeples"), by and through Assistant Federal Public Defender Edward R. Harris and moves this Honorable Court pursuant to 18 U.S.C. § 4241(a) for a hearing to determine the mental competency of the defendant, and a psychiatric evaluation, pursuant to 18 U.S.C. § 4242.  In support of this motion, counsel states as follows:

1.   18 U.S.C. § 4241(a) provides that at any time after the commencement of a prosecution for an offense and prior to sentencing, a defendant may file a motion for a hearing to determine his mental competency.  The Court shall grant such motion if there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Prior the competency hearing, the Court may order a psychiatric evaluation of the defendant under 18 U.S.C. § 4241 (b) and (c).

2.  Undersigned counsel proffers, based upon review of discovery and his interaction with the defendant, that there is "reasonable cause to believe ... that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent...." Without disclosing the specific content of privileged communications, counsel's belief in this regard is based on statements made by the defendant to the FBI and counsel regarding both this case and other matters and the defendant's demeanor.

3.  Counsel requests that a psychiatric evaluation be conducted pursuant to 18 U.S.C. § 4247(b) and (c) to determine whether Mr. Peeples is competent to proceed to trial.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2010, I electronically filed the foregoing **MOTION TO DETERMINE DEFENDANT'S COMPETENCY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David M. Conner, Assistant United States Attorney
    dave.conner@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. John Wallace Peeples, III  (via U.S. Mail)
Reg. No.  40425-048
c/o Federal Detention Center
9595 W. Quincy Avenue
Littleton, CO    80123

    s/ Edward R. Harris
    Edward R. Harris
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Edward_Harris@fd.org
    Attorney for Defendant