IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-602-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.**     **JOE WALLACE PEEPLES, III,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Determine Defendant's Competency (doc. #13) is DENIED without prejudice to being re-filed with appropriate grounds for the relief requested.

Dated:  January 12, 2011