IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   10-cr-00602-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOE WALLACE PEEPLES, III,

       Defendant.

_____

**ORDER OF COMMITMENT PURSUANT TO 18 U.S.C. § 4241(a)**
_____

THIS MATTER comes before the Court on the Defendant's Second Motion to Determine Defendant's Competency, filed January 12, 2011, and after having considered the same, the opinion of the Court is that it should be granted.

THE COURT FINDS THAT the Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense.

IT IS ORDERED THAT the Defendant is committed to the custody of the Attorney General for hospitalization for treatment in a suitable facility for such reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future, Defendant will attain the capacity to permit the proceedings to go forward.

IT IS FURTHER ORDERED that the director of that facility at the conclusion of the four month period or sooner file a report with the Court concerning Defendant's mental condition and advising the Court whether Defendant's mental condition has sufficiently improved so that he may proceed with this case.

DATED this 13th day of January, 2011.

s/John L. Kane  
U. S. DISTRICT JUDGE
