IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cr-00602-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOE WALLACE PEEPLES, III,

Defendant.

___

**AMENDED ORDER REGARDING COMPETENCY EVALUATION
PURSUANT TO 18 U.S.C. § 4241(a)**

___

Kane, J.

    THIS MATTER comes before the Court on the Defendant's Motion to Issue Amended Order Regarding Competency, filed February 4, 2011, and after having considered the same, the opinion of the Court is that it should be granted.

    THE COURT HEREBY amends its previously Issued Order of Commitment Pursuant to 18 U.S.C. § 4241(a) (Docket # 16) to reflect that the purpose of Defendant's commitment to a federal medical center is for the purpose of conducting a competency evaluation pursuant to 18 U.S.C. § 4241 and is not for a restoration of competency.  The error was due to the fact that the previously entered Order was submitted, by defense counsel, in a proposed format unopposed by counsel for the government and signed by the Court on that basis.  The error was brought to light only when Mr. Peeple's treating physician, Dr. Demiers, contacted chambers and counsel questioning the scope of his duties.

    Accordingly, and within 30 days, if possible, the United States Bureau of Prisons shall provide a written competency evaluation to the Court advising the Court concerning Defendant's

mental condition and competency to proceed in this criminal action.  If it is inadvisable in the judgment of Dr. Demiers to change course or if the United States Bureau of Prisons for some other reason is unable to provide a competency report within the time provided by this Order, then either the Bureau shall apply for an extension of time pursuant to 18 U.S.C. § 4247 (b) and (c) or Defendant shall move for appropriate further relief.

Greater attention to detail is expected on the part of all parties to this case, including the Court, in this case going forward.

DATED this 7th day of March, 2011.         **s/John L. Kane**
                                                SENIOR U.S. DISTRICT JUDGE