IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

CASE NO.   10-cr-00602-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOE WALLACE PEEPLES, III,

      Defendant.

_____

**ORDER REGARDING COMPETENCY TO STAND TRIAL**
_____

      The Court, upon consideration of defendant's Second Motion to Determine Defendant's Competency (doc. # 15), finds as follows:

      1.      The court ordered a psychiatric examination and report pursuant to 18 U.S.C. §§ 4241 and 4247(b) (doc. #s 16 & 19).

      2.      The Court and parties have received the Forensic Evaluation of Dr. Richard DeMier, a forensic psychologist, dated April 12, 2011.  In his report, Dr. DeMier concludes that the defendant is currently incompetent to stand trial.

      3.      The Court held a hearing on June 15, 2011 to determine the mental competency of the defendant.

      4.      During the hearing, the parties stipulated to the admission of Dr. DeMier's report.

5.      After consideration of evidence received during the hearing, the Court finds and determines by a preponderance of the evidence, pursuant to 18 U.S.C. § 4241(d), that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  It is therefore

**ORDERED** that Joe Wallace Peeples, III is committed to the custody of the Attorney General, who shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.  It is further

**ORDERED** that the Attorney General submit a written report to the Court and the parties pursuant to 18 U.S.C. § 4241(d), and in that report express the opinion of the director of the facility in which the defendant is hospitalized as to whether there is a substantial probability that in the foreseeable future Mr. Wallace will attain the capacity to permit the proceedings to go forward.

DATED:  June 17, 2011

BY THE COURT:

*s/ John L. Kane*
JOHN L. KANE
United States Senior District Judge